Hearing Date: September 10, 2019 at 9:30 a.m. (ET)

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Fred Stevens
Brendan M. Scott

*Counsel to Fred Stevens, Chapter 7 Trustee of*
*the Estate of Charles DeGennaro, III*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
In re                                                        :
                                                             :        Chapter 7
CHARLES DeGENNARO, III,                                      :
                                                             :        Case No. 18-35222 (CGM)
                                  Debtor.                     :
-------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION**
**FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. §§ 105(A) AND 363(B), AND**
**RULES 2002 AND 6004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE,**
**APPROVING THE CHAPTER 7 TRUSTEE'S SALE AND ASSIGNMENT OF CERTAIN**
**ESTATE CAUSES OF ACTION TO THE DEBTOR**

**PLEASE TAKE NOTICE** that the hearing on the motion [Docket No. 86] (the "Motion") filed by Fred Stevens, the Chapter 7 Trustee (the "Trustee") for the estate of Charles DeGennaro, III (the "Debtor"), seeking entry of an order, pursuant to section 363 of Chapter 11 of title 11 of the United States Code and Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure authorizing the Trustee to sell and assign to the Debtor certain causes of action that are the property of the Debtor's chapter 7 estate, pursuant to the terms of a Purchase and Assignment Agreement between the Trustee and the Debtor, dated as of April 12, 2019, which was previously scheduled for August 27, 2019 before the Honorable Cecelia G. Morris, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601-3315 has been adjourned to **September 10, 2019 at 9:30 a.m.**

Dated: New York, New York
   August 26, 2019

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**

By: */s/ Brendan M. Scott*
   Fred Stevens
   Brendan M. Scott
   200 West 41st Street, 17th Floor
   New York, New York 10036
   Tel: (212) 972-3000
   Fax: (212) 972-2245
   Email: fstevens@klestadt.com
     bscott@klestadt.com

   *Counsel to Fred Stevens, Chapter 7 Trustee*